Mary HARTENSTEIN (Adrian), Petitioner/Movant Appellant,

v.

Albert HARTENSTEIN, Respondent.

No. WD 33714.

Missouri Court of Appeals, Western District.

Nov. 9, 1982.

Michael P. Riley, Carson, Monaco, Coil, Riley & McMillin, P.C., Jefferson City, for petitioner/movant appellant.

Robert L. Hyder, Jefferson City, for respondent.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment modifying a dissolution decree as to child support on the ground the increase granted was insufficient.

Judgment affirmed. Rule 84.16(b).